IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~14-2838~~ 14-cv-02838-MJW

JAMES OVERTURF,
Plaintiff,

v.

ISLE OF CAPRI CASINOS, INC., AKA ISLE OF CAPRI BLACK HAWK, LLC,
Defendants,

---

ORDER (Docket No 8)

---

This Notice of Dismissal is hereby granted pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

DATED THIS 21st DAY OF November, 2014.

BY THE COURT

*[signature]*
UNITED STATES MAGISTRATE JUDGE

1